**Timothy ASHLOCK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 100468**

Missouri Court of Appeals
Eastern District
Division One

Filed: October 21, 2014

Andrew E. Zleit, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen. Todd T. Smith, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J., Glenn A. Norton, J.

## ORDER

PER CURIAM

Timothy Ashlock appeals the motion court's denial of his Rule 24.035 motion for post-conviction relief. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for this order. We affirm. Rule 84.16(b)(5).